## McConnell *v.* Greer, Appellant.

OPINION BY HEAD, J., December 20, 1915:

This appeal presents precisely the same record and assignments as that between the same plaintiffs and Sophia G. Hall, in which an opinion has this day been filed—ante. p. 583. For the reasons there given the judgment here appealed from is affirmed.